

2200 IDS Center
80 South 8th Street
Minneapolis MN 55402-2157
tel 612.977.8400
fax 612.977.8650

June 17, 2011

Sharna Ann Wahlgren
(612) 977-8224
swahlgren@briggs.com

**VIA ECF**
The Honorable Ann D. Montgomery
United States District Court
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    **Reshare Commerce, LLC v. Close to My Heart, Inc., et al.**
             Civil Case No. 0:10-cv-01936 ADM/JJG

Dear Judge Montgomery:

    This letter is submitted jointly on behalf of plaintiff Reshare Commerce, LLC and defendants Scentsy, Inc. and Syntec, Inc. The parties have resolved their dispute but the agreements have not been executed. With the close of fact discovery on Monday, the parties are writing to advise the court that the action has settled but that dismissal is not yet possible due to a notice received from the Internal Revenue Service. The parties are working to address the issues raised by the notice and will file a joint stipulated notice of dismissal with prejudice as soon as those issues are resolved.

Respectfully,

BRIGGS AND MORGAN, P.A.

_____
Sharna A. Wahlgren
Counsel for Plaintiff Reshare Commerce, LLC


BARNES AND THORNBURG LLP

_____
Felicia J. Boyd,
Counsel for Defendant Scentsy, Inc.


CRONAN PEARSON QUINLIVAN PA

_____
Michael R. Quinlivan
Counsel for Defendant Syntec, Inc.

Briggs and Morgan, Professional Association
Minneapolis | St. Paul | www.briggs.com
Member - Lex Mundi, a Global Association of Independent Law Firms

4004448v1